**Raymond A. FORD, Jr., Plaintiff–Appellant,**

v.

**Dr. Jerry A. MILES, DDS; Dr. Hayes, Dentist; C. Bailey, Health Services Administrator ("HSA"); R. Tyler, Licensed Practical Nurse ("LPN"); C. Smith, LPN; V.M. Washington, Assistant Warden; G.L. Holloway, Assistant Warden; Fred Schilling, Health Services Director, Defendants–Appellees,**

and

**Mr. or ms. Turner, LPN, Defendant.**

No. 15–6627.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 24, 2015.

Raymond Alexander Ford, Jr., Appellant Pro Se. Michelle Lyn Rowling Warden, Carlyle Randolph Wimbish, III, Sands Anderson, PC, Richmond, Virginia; Rosalie Fessier, Timberlake, Smith, Thomas & Moses, PC, Staunton, Virginia; Elizabeth Martin Muldowney, Rawls, Mcnelis & Mitchell, PC, Richmond, Virginia; Kate Elizabeth Dwyre, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond A. Ford, Jr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ford v. Miles*, No. 2:11–cv–00636–RBS–LRL (E.D.Va. Feb. 27, 2014; Feb. 13, 2015; Mar. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*